COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| Wal-Mart Stores Texas, LLC, d/b/a Wal-Mart Supercenter, | § § | No. 08-13-00198-CV |
| Appellant, | § | Appeal from the |
| v. | § | 327th District Court |
| Sonia Dozal, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2011-DCV00932) |

## **O R D E R**

Pending before the Court is a joint motion to abate the appeal and any associated deadlines, including the deadline for filing the record, in order for the parties to engage in settlement negotiations. The motion is GRANTED. The appeal is abated for a period of thirty days. The parties are directed to notify the Court in writing of the status of the appeal at the conclusion of the abatement period.

IT IS SO ORDERED this 4th day of September, 2013.


PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.